# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.                      No. 2:19-cv-79-DPM

**CLIFTON KIRKWOOD, JR.;**
**KIMBERLY KIRKWOOD;**
**ARKANSAS OFFICE OF CHILD**
**SUPPORT ENFORCEMENT;**
**HELENA AGRI-ENTERPRISES, LLC; and**
**ARKANSAS DEPARTMENT OF FINANCE**
**AND ADMINISTRATION**                          **DEFENDANTS**

## ORDER

The Court directs the Clerk to grant the application, *Doc. 8*, and enter a Clerk's default against each defendant except the Arkansas Department of Finance and Administration. FED. R. CIV. P. 55(a). In its motion for default judgment, the United States must confirm that none of the defaulting defendants is a minor, incompetent, or in military service.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 October 2020