IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                    CIVIL ACTION NO. 2:19CV00079 DPM

CLIFTON KIRKWOOD, JR., KIMBERLY KIRKWOOD,
HIS WIFE; STATE OF ARKANSAS, OFFICE OF CHILD
SUPPORT ENFORCEMENT; HELENA AGRI-
ENTERPRISES, LLC, AND STATE OF ARKANSAS,
DEPARTMENT OF FINANCE AND ADMINISTRATION                                DEFENDANTS

## DEFAULT JUDGMENT

Before the Court is the government's motion pursuant to Rule 55(b), F.R. Civ. Proc., for default judgment. After having been properly served, defendants Clifton Kirkwood, Jr.; Kimberly Kirkwood, his wife; State of Arkansas, Office of Child Support and Helena Agri-Enterprises, LLC have not filed and answer, or other response to plaintiff's complaint, and are in default. Pursuant to Rule 55(a), F.R. Civ. Proc., the Clerk of the Court has entered a Clerk's Default against each of these defendants. As shown by the declaration submitted with plaintiff's motion, each of such individual defendants is an adult, and is not in military service, nor a mentally incompetent person. The motion for default judgment is granted. The defendant State of Arkansas, Department of Finance and Administration ("DF&A") claims a lien against the subject real property, has filed an answer herein, and consents and stipulates to Judgment as herein provided.

IT IS, THEREFORE, ORDERED, DECREED AND ADJUDGED:

1. The Court has jurisdiction over the parties and the property described herein.

2. The defendant Clifton Kirkwood, Jr. has failed to make the payments due on his loans from the U.S. Department of Agriculture ("USDA"), Farm Service Agency ("FSA"). There

1

is now due and owing to USDA FSA the total sum of $427,531.17 as of August 11, 2020, with interest accruing thereafter at the rate of $30.4150 per day.

3. The above-described indebtedness owed to USDA FSA is secured by mortgages from defendants Clifton Kirkwood, Jr. and Kimberly Kirkwood, his wife, to USDA FSA, which were recorded in the records on the Circuit Clerk of Phillips County, Arkansas, on May 2, 2007 in Book 872 at Page 247, on July 17, 2007 in Book 824 at Page 788, on June 3, 2008 in Book 883 at Page 3164 and on January 29, 2009 in book 2009 at Page 8695.

4. By virtue of the above-described mortgages, USDA FSA holds a first lien, which is paramount and superior to the right, title, interest, estate, and right of redemption, dower, curtesy and homestead, held or claimed by all defendants herein, and each of them, in and to the following described real property in Phillips County, Arkansas, together with all fixtures, appurtenances and improvements thereon:

> Tract Numbered Seventy (70), Lakeview Project Subdivision, Phillips County, Arkansas, as per plat thereof recorded Plat book 1, Page 23, and being located in sections 19 and 20, Township 3 South, Range 3 East, Phillips County, Arkansas, and more particularly described as follows:
>
> Starting at the ¼ corner on the East line of said Section 19; thence South along said East section line a distance of 75.8 feet to the center line of a road bearing North 62 degrees 56 minutes 50 seconds East; thence following the center line of said road North 62 degrees 56 minutes 50seconds East, a distance of 116.30 feet to the point of beginning, thence North 35 degrees 57minutes 40 seconds West, a distance of 2463.5 feet to the center line of a road bearing North 67 degrees 59 minutes 15 seconds East, thence following the center line of said road North 67 degrees 59 minutes 15 seconds East, a distance of 800.00 feet; thence South 32 degrees 38 minutes 59 seconds East, a distance of 2374.87 feet to the center line of a road bearing 62 degrees 56 minutes 50 seconds West, a distance of 649.4 feet to the point of beginning, less and except that part conveyed to Malinda Canady Payne in Deed Record Book 690 Page 144, official records of Phillips County, Arkansas..

5. Judgement *in rem* against the above-described real property is hereby awarded to plaintiff United States of America in the sum of $427,531.17 as of August 11, 2020, with interest

accruing thereafter at the rate of $30.4150 per day until fully paid, plus any advances and recoverable charges for protection and maintenance of the property during the pendency of this action, and the costs of this action.

6. If the Judgment herein awarded to plaintiff United States of America is not paid within ten (10) days from the date of entry of this Judgment, the United States Marshal for the Eastern District of Arkansas is directed to sell the above-described property at public auction to the highest bidder by certified check, or on a credit of 60 days, at the Phillips County Courthouse, Helena, Arkansas. The date and time of the sale shall be fixed by the Marshal. If purchased on credit, payment of the purchase price shall be secured by one of the following methods, at the purchaser's option: furnish a corporate surety bond, or a letter of credit from a financial institution, or post a 10% down payment by certified check. The corporate surety bond, or letter of credit, shall be in the amount of the purchase price, plus 10% interest per annum from date of sale, and shall be subject to the Marshal's approval. The 10% down payment shall be forfeited in the event of failure to pay for the property within 60 days, in which event the Marshal shall resell the property. If the purchaser pays a down payment, the purchaser shall pay interest on the balance of the purchase price at the rate of 10% per annum from date of sale. A lien against the property shall be retained to secure payment of the purchase price. The property shall be sold subject to any unpaid property taxes. If the plaintiff United States of America is the purchaser for a sum equal to or less than the indebtedness owed to it as of the date of sale, it may credit its bid against the amount of the debt, and such credit shall be an extinguishment of the debt to the extent of the credit. The Marshal shall give notice of the sale as required by 28 U.S.C. § 2002, and shall report the result of the sale to the Court.

7. Upon the sale of the real property described in paragraph 4. above, all right, title, claim, interest, estate, right of redemption, and all rights of dower, curtesy and homestead, of all of the defendants herein, and each of them, in and to the property, and every part thereof, shall be foreclosed and forever barred.

8. The purchaser, after payment of the purchase price, shall be given possession upon demand, and the Clerk of this Court is hereby authorized and directed to issue writs of assistance to the United States Marshal, who will proceed to place the purchaser in possession of the property.

9. The sale proceeds, after expenses of sale, shall be paid and distributed to the USDA FSA, to the extent of the Judgment *in rem* herein awarded to plaintiff United States of America. Any surplus remaining shall be retained by the U.S. Marshal subject to further orders of the Court, and subject to DF&A's Certificate of Indebtedness against Clifton Kirkwood dated June 3, 2013 in the original amount of $5,169.16.

10. The Court retains jurisdiction of this case for the making of such further orders as may be necessary to effectuate this Judgment.

Dated this 23rd day of November, 2020.

WPMarshall Jr.
United States District Judge

APPROVED AND STIPULATED:

*/s/ Michael J. Wehrle*

Michael J. Wehrle   ABN 92036
Collections -- Garnishments
P. O. Box 8090 (Rm. 1440)
Little Rock, AR   72203
Attorney for Defendant Arkansas Department of Finance and Administration

*/s/ Richard M. Pence, Jr.*

Richard M. Pence, Jr.   ABN 69059
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR   72203
Attorney for Plaintiff United States of America